UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>             Plaintiff,<br><br>       v.<br><br>JARED LOZANO, et al.,<br><br>             Defendants. | No. 2:20-cv-1792 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  In an order filed November 23, 2020, this court denied plaintiff's application to proceed in forma pauperis.  (ECF No. 6.)  Plaintiff was given fourteen days to submit the $400 filing fee if he wished to proceed with this case.  Plaintiff was warned that his failure to pay the filing fee would result in dismissal of this action.

Fourteen days have passed and plaintiff has not paid the filing fee.  Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice.

DATED: December 30, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1