UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED LOZANO, et al.,<br><br>    Defendants. | No. 2:20-cv-1792 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Plaintiff has paid the filing fee. In an order filed June 29, 2021, this court dismissed plaintiff's first amended complaint with leave to amend. Any second amended complaint was due 60 days from the date of service of that order. (ECF No. 17.)

On August 2, plaintiff filed a request to withdraw this case and proceed solely on a later-filed case – Chinsami v. Lozano, 2:21-cv-1056 TLN DB P (E.D. Cal.) ("Chinsami 2"). On November 30, District Judge Nunley dismissed Chinsami 2 on the grounds that plaintiff's claim in Chinsami 2 was duplicative of a claim made in the present case.

Because plaintiff cannot now proceed in Chinsami 2, this court considers plaintiff's motion to withdraw the present case moot. Plaintiff will be ordered to file a second amended complaint if he wishes to proceed with the present case.

////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request to withdraw this case (ECF No. 18) is denied as moot.

2. Plaintiff shall file any second amended complaint within 30 days of the filed date of this order. Plaintiff should carefully review this court's June 29 order when preparing an amended complaint.

3. If plaintiff fails to file a second amended complaint or otherwise respond to this order, this court will recommend the present action be dismissed.

Dated: December 3, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/chin1792.FAC LTA(2)