UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI, | No. 2:20-cv-1792 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| JARED LOZANO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. On May 20, 2021, plaintiff filed a first amended complaint. In an order filed June 29, 2021, this court found plaintiff failed to state any claims for relief cognizable under § 1983 and gave plaintiff the opportunity to file a second amended complaint within 60 days. In addition, this court recommended plaintiff's claims based on his allegations that a computer lens was implanted in his eye be dismissed with prejudice as frivolous. In an order filed December 21, 2021, Judge Mendez adopted that recommendation and dismissed the claims based on a computer lens implant.

On August 2, 2021, plaintiff filed a request to withdraw this case and proceed solely on a later- filed case – Chinsami v. Lozano, 2:21-cv-1056 TLN DB P (E.D. Cal.) ("Chinsami 2"). On November 30, District Judge Nunley dismissed Chinsami 2 on the grounds that plaintiff's claim in Chinsami 2 was duplicative of a claim made in the present case.

1

Based on the dismissal of Chinsami 2, in an order filed December 3, 2021, this court found plaintiff's motion to withdraw this action moot. Plaintiff was ordered to file a second amended complaint if he wished to proceed with the present case. Plaintiff was warned that his failure to file a second amended complaint would result in a recommendation that this action be dismissed. The second amended complaint was due 30 days from the date of the December 3 order.

Thirty days have passed and plaintiff has not filed a second amended complaint. However, on January 31, 2022, plaintiff filed a request for copies of the documents filed in this action. He states that due to "moving around" he has lost his legal documents for this action. The Clerk's Office advised plaintiff that he could request copies of documents in this case at a cost of 50 cents per page.

Based on plaintiff's assertion that he no longer has his legal documents, this court will extend plaintiff's time to file a second amended complaint. As a one-time courtesy, this court will provide plaintiff with a copy of the June 29, 2021 screening order. Plaintiff is advised that if he wishes to proceed with this action, he must carefully review the present order and the June 29 order before preparing a second amended complaint.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for copies (ECF No. 21) is granted in part. The Clerk of the Court shall provide plaintiff with a copy of this court's June 29, 2021 Order and Findings and Recommendations and a copy of the civil rights complaint form used in this district.

2. If plaintiff wishes to proceed with this action, he must file a second amended complaint within 30 days of the filed date of this order. If plaintiff fails to do so, this court will recommend this action be dismissed.

Dated: February 15, 2022

DLB:9/DB Prisoner Inbox/Civil Rights/R/chin1792.sac eot(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE