UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED LOZANO, et al.,<br><br>    Defendants. | No.  2:20-cv-1792 JAM DB P<br><br>FINDINGS AND RECOMMENDATIONS |

       Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed March 24, 2022, this court dismissed plaintiff's second amended complaint with leave to amend.  (ECF No. 17.)  Plaintiff was provided thirty days to file a third amended complaint.  Plaintiff was advised that if he failed to file an amended complaint in compliance with the March 24 order, this court would recommend this action be dismissed.

       Plaintiff recently filed two documents.  Both are entitled "Objections to the Findings and Recommendation."  (ECF Nos. 25, 26.)  The documents appear to be identical.  Plaintiff complains about an implant in his eye that is being used to control him.  Plaintiff raised this claim previously in this case, and has raised it in other cases filed in this court.  As plaintiff has been informed at least twice in this case, that claim is frivolous.  (ECF Nos. 14, 17, 20.)  The eye implant claim was dismissed with prejudice in December 2021.  (ECF No. 20.)  Nothing in

////

1

1  plaintiff's current filings would lead this court to reconsider the dismissal of the eye implant
2  claim.

3  Thirty days have passed since plaintiff was ordered to file a third amended complaint.
4  Plaintiff has failed to file an amended complaint or otherwise respond directly to this court's
5  March 24 order.  Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed for
6  plaintiff's failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

7  These findings and recommendations will be submitted to the United States District Judge
8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after
9  being served with these findings and recommendations, plaintiff may file written objections with
10 the court.  The document should be captioned "Objections to Magistrate Judge's Findings and
11 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
12 may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d
13 1153 (9th Cir. 1991).

14 Dated:  May 12, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

25 DLB:9
DB Prisoner Inbox/Civil Rights/R/chin1792.fr(2)